Ralph O'Shay v. The State.

No. 10385.  Delivered June 25, 1926.

**Receiving and Concealing Stolen Property—Appeal Dismissed.**

Upon written request of the appellant; duly verified by his affidavit, the appeal is dismissed.

Appeal from the District Court of El Paso County.  Tried below before the Hon. W. D. Howe, Judge.

Appeal from a conviction for receiving and concealing stolen property, penalty five years in the penitentiary.

No brief filed by appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is receiving and concealing stolen property, punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*